No. 2011–1068.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2011.

Deborah KATZ–PUESCHEL, Petitioner,

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2011–3081.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2011.

LINN, DYK, and REYNA, Circuit Judges.

George M. Chuzi, Kalijarvi, Chuzi, Newman & Fitch, P.C., of Washington, DC, argued for petitioner.

Hillary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

Before LOURIE, SCHALL, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**